**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF

**B6A (Official Form 6A) (12/07)**

In re  <u>Kenneth Ray Barnhardt</u>             Case No.  <u>               </u>

              **Debtor**                                            **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **2 BR, 1 BA, 912 sq. ft. home on .24 acres @ 1605 N. Lacy Loop Wasilla, AK.  Tax ID: 2894B01L007.  (Includes a shed and a child's playhouse).** **Lot 7, Block 1, Lacy Laine Subdivision, Palmer Recording District.  Value stated is 2014 assessment.** | **Fee simple subject to deed of trust.** | | **119,000.00** | **125,654.00** |
| | | Total ➤ | **119,000.00** | |

(Report also on Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF

In re   **Kenneth Ray Barnhardt**                          Case No. _____

_____                                _____

**Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand.**<br>**In debtors possession.** | | **20.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Northrim Bank checking and savings account.**<br>**Savings and checking account at Denali Alaska FCU.**<br>**Savings and checking account at Matanuska Valley FCU.**<br>**Matanuska Valley FCU**<br>**1020 South Bailey**<br>**Palmer, AK 99645**<br><br>**Wells Fargo bank account.** | | **4.00**<br>**8.00**<br>**75.00**<br><br><br><br>**5.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Canon printer with a Intel laptop computer;  Desktop emachine computer.**<br>**In debtors possession.**<br><br>**Pots, pans, miscellaneous kitchen utensils, blender, juicer, supplies and provisions.**<br>**(In the kitchen).**<br><br>**2 recliners, 46" flat screen TV, DVD player, Sony Playstation II, miscellaneous household goods, WII game.** | | **200.00**<br><br><br>**300.00**<br><br><br>**500.00** |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7-4-800 - 30600-301X-***** - Adobe PDF

B6B (Official Form 6B) (12/07) -- Cont.

Case 14-00203   Doc 1-2   Filed 06/10/14   Entered 06/10/14 06:00:35   Desc Summary
and Schedules A - J   Page 4 of 28


In re    **Kenneth Ray Barnhardt**                                    Case No. _____
                  **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | (In the living room). | | |
| | | Kenmore washer and dryer.  Bought used for $400 almost 8 years ago. (In the laundry room). | | 200.00 |
| | | Treadmill and assorted weights. In debtors possession. | | 100.00 |
| | | Bed, shelving, 2 nightstands, small tube type television, DVD/VCR player. (In the bedroom). | | 250.00 |
| | | Gun safe. New price 5 years ago was about $500. | | 300.00 |
| | | Miscellaneous household goods. In debtors possession. | | 250.00 |
| | | Walk behind lawn mower. In debtors possession. | | 50.00 |
| | | Homelite 18'' chainsaw. In debtors possession. | | 55.00 |
| | | Outdoor barbeque;  outdoor furniture. In debtors possession. | | 110.00 |
| | | Punching bag. In debtors possession. | | 70.00 |
| | | Miscellaneous household tools. | | 250.00 |

In re   **Kenneth Ray Barnhardt**                              Case No. _____
                  Debtor                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | In debtors possession. | | |
| | | Swingset<br>In debtors possession. | | 20.00 |
| | | 32'' flat screen TV with DVD player, single bed with loft bed, painted plates.<br>(In the daughter's bedroom). | | 400.00 |
| | | Decorator plates.<br>(In the living room). | | 200.00 |
| | | Trampoline<br>In debtors possession. | | 100.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Antique kitchen table.<br>In debtors possession. | | 50.00 |
| | | Antique couch.<br>In debtors possession. | | 50.00 |
| 6.  Wearing apparel. | | Clothing and shoes.<br>In debtors possession. | | 200.00 |
| 7.  Furs and jewelry. | | (2) Seiko wristwatches.<br>In debtors possession. | | 50.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | 3 bicycles<br>In debtors possession. | | 300.00 |
| | | Miscellaneous camping gear.<br>In debtors possession. | | 500.00 |

In re    **Kenneth Ray Barnhardt**                                                  Case No. _____
 _____
               Debtor                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Colt AR 15 rifle, Model 6920, SN:  1EO85314<br>Value stated was purchase price. | | 1,100.00 |
| | | Mossberg 500A, 12 gauge pump shotgun, SN: R781896<br>Value stated from Page 1150 of the Bluebook of Gun Values. | | 160.00 |
| | | Taurus PT 145, .45 cal, 10 shot handgun.  SN:  NAV 12869.<br>Value stated from Page 1622 of the Bluebook of Gun Values. | | 135.00 |
| | | Ruger 10/22, rifle, SN: 246-78786<br>In debtors possession. | | 55.00 |
| | | Ruger 10/22 rifle, SN: 125-56821.<br>Value stated from Page 1604 of the Bluebook of Gun values. | | 55.00 |
| | | Grumman 16' aluminum canoe.<br>In debtors possession. | | 225.00 |
| | | Sony camcorder;  Gopro digital helmet camera; Sony digital camera.<br>In debtors possession. | | 225.00 |
| | | Walkabout snowshoes.<br>In debtors possession. | | 30.00 |
| | | Compound bow with arrows.<br>In debtors possession. | | 250.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF

In re    Kenneth Ray Barnhardt                                          Case No.                                      
          Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Right to receive social security upon reaching old age. Safeway 401(k) retirement;  Union retirement. | | Indeterminate |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | | Estimated accrued tax refund. | | 2,000.00 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | | Valid Alaska drivers license. In debtors possession. | | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF

In re   **Kenneth Ray Barnhardt**                                   Case No. _____
           **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Arctic Cat  700 TBX, ATV, VIN: 4UF10ATV3AT211090.**<br>**Value from nada.com.  Note this serial number is one digit off from the UCC-1 filing.** | | **4,340.00** |
| | | **1995 Ford Ranger, AK Plate: VGB400, VIN: 1FTCR11A4SPA17524.**<br>**Value stated is kbb.,com, private party value in fair condition.** | | **1,475.00** |
| | | **2013 Yamaha Grizzly 300 4x4 ATV, SN: RK1AH33Y4DA005777**<br>**Value stated from nada.com.** | | **2,895.00** |
| | | **10' Titan tilt bed trailer.**<br>**In debtors possession.** | | **800.00** |
| 26.  Boats, motors, and accessories. | | **16' aluminum Jonboat with a Mercury 9.9 outboard motors.**<br>**In debtors possession.** | | **500.00** |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Aluminum truck box.**<br>**In debtors possession.** | | **55.00** |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF

In re   **Kenneth Ray Barnhardt**                                    Case No. _____
            **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | | **2 German Shepherd dogs.**<br>**In debtors possession.** | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Right to receive Alaska PFD in 2014.**<br>**Estimated accrued wages.** | | **1,200.00**<br>**550.00** |

__0__   continuation sheets attached     Total     $          **20,667.00**

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF

In re  Kenneth Ray Barnhardt                                    Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑  11 U.S.C. § 522(b)(2)          ☐  Check if debtor claims a homestead exemption that exceeds
☐  11 U.S.C. § 522(b)(3)              $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2 BR, 1 BA, 912 sq. ft. home on .24 acres @ 1605 N. Lacy Loop Wasilla, AK.  Tax ID:  2894B01L007.  (Includes a shed and a child's playhouse). | 11 U.S.C. 522(d)(1) | 0.00 | 119,000.00 |
| 2010 Arctic Cat  700 TBX, ATV, VIN: 4UF10ATV3AT211090. | 11 U.S.C. 522(d)(5) | 0.00 | 4,340.00 |
| 1995 Ford Ranger, AK Plate: VGB400, VIN:  1FTCR11A4SPA17524. | 11 U.S.C. 522(d)(2) | 1,475.00 | 1,475.00 |
| 3 bicycles | 11 U.S.C. 522(d)(3) | 300.00 | 300.00 |
| Miscellaneous camping gear. | 11 U.S.C. 522(d)(3) | 500.00 | 500.00 |
| Colt AR 15 rifle, Model 6920, SN: 1EO85314 | 11 U.S.C. 522(d)(3) | 1,100.00 | 1,100.00 |
| Mossberg 500A, 12 gauge pump shotgun, SN:  R781896 | 11 U.S.C. 522(d)(5) | 160.00 | 160.00 |
| Taurus PT 145, .45 cal, 10 shot handgun. SN:  NAV 12869. | 11 U.S.C. 522(d)(5) | 135.00 | 135.00 |
| Ruger 10/22, rifle, SN: 246-78786 | 11 U.S.C. 522(d)(5) | 55.00 | 55.00 |
| Ruger 10/22 rifle, SN: 125-56821. | 11 U.S.C. 522(d)(5) | 55.00 | 55.00 |
| Cash on hand. | 11 U.S.C. 522(d)(5) | 20.00 | 20.00 |
| Northrim Bank checking and savings account. | 11 U.S.C. 522(d)(5) | 4.00 | 4.00 |
| Savings and checking account at Denali Alaska FCU. | 11 U.S.C. 522(d)(5) | 8.00 | 8.00 |
| 2013 Yamaha Grizzly 300 4x4 ATV, SN: RK1AH33Y4DA005777 | 11 U.S.C. 522(d)(5) | 0.00 | 2,895.00 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF

B6C (Official Form 6C) - (04/13) -- Cont.

In re   **Kenneth Ray Barnhardt**                                    Case No. _____
                    **Debtor**                                                                            **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 10' Titan tilt bed trailer. | 11 U.S.C. 522(d)(5) | 800.00 | 800.00 |
| Clothing and shoes. | 11 U.S.C. 522(d)(3) | 200.00 | 200.00 |
| (2) Seiko wristwatches. | 11 U.S.C. 522(d)(4) | 50.00 | 50.00 |
| Grumman 16' aluminum canoe. | 11 U.S.C. 522(d)(5) | 225.00 | 225.00 |
| 16' aluminum Jonboat with a Mercury 9.9 outboard motors. | 11 U.S.C. 522(d)(5) | 500.00 | 500.00 |
| Right to receive Alaska PFD in 2014. | 11 U.S.C. 522(d)(5) | 1,200.00 | 1,200.00 |
| Estimated accrued wages. | 11 U.S.C. 522(d)(5) | 550.00 | 550.00 |
| 2 German Shepherd dogs. | 11 U.S.C. 522(d)(5) | | |
| Canon printer with a Intel laptop computer;  Desktop emachine computer. | 11 U.S.C. 522(d)(3) | 200.00 | 200.00 |
| Valid Alaska drivers license. | 11 U.S.C. 522(d)(5) | | |
| Right to receive social security upon reaching old age. | 11 U.S.C. 522(d)(10)(A) | Indeterminate | Indeterminate |
| Safeway 401(k) retirement;  Union retirement. | 11 U.S.C. 522(d)(10)(E) | | |
| Sony camcorder;  Gopro digital helmet camera;  Sony digital camera. | 11 U.S.C. 522(d)(5) | 225.00 | 225.00 |
| Walkabout snowshoes. | 11 U.S.C. 522(d)(3) | 30.00 | 30.00 |
| Compound bow with arrows. | 11 U.S.C. 522(d)(5) | 250.00 | 250.00 |
| Antique kitchen table. | 11 U.S.C. 522(d)(3) | 50.00 | 50.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF

B6C (Official Form 6C) (04/13) -- Cont.

In re   Kenneth Ray Barnhardt
_____
         Debtor

Case No. _____
                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Antique couch. | 11 U.S.C. 522(d)(3) | 50.00 | 50.00 |
| Pots, pans, miscellaneous kitchen utensils, blender, juicer, supplies and provisions. | 11 U.S.C. 522(d)(3) | 300.00 | 300.00 |
| 2 recliners, 46'' flat screen TV, DVD player, Sony Playstation II, miscellaneous household goods, WII game. | 11 U.S.C. 522(d)(3) | 500.00 | 500.00 |
| Kenmore washer and dryer.  Bought used for $400 almost 8 years ago. | 11 U.S.C. 522(d)(3) | 200.00 | 200.00 |
| Treadmill and assorted weights. | 11 U.S.C. 522(d)(3) | 100.00 | 100.00 |
| Bed, shelving, 2 nightstands, small tube type television, DVD/VCR player. | 11 U.S.C. 522(d)(3) | 250.00 | 250.00 |
| Gun safe. | 11 U.S.C. 522(d)(3) | 300.00 | 300.00 |
| Miscellaneous household goods. | 11 U.S.C. 522(d)(3) | 250.00 | 250.00 |
| Walk behind lawn mower. | 11 U.S.C. 522(d)(3) | 50.00 | 50.00 |
| Homelite 18'' chainsaw. | 11 U.S.C. 522(d)(3) | 55.00 | 55.00 |
| Outdoor barbeque;  outdoor furniture. | 11 U.S.C. 522(d)(3) | 110.00 | 110.00 |
| Punching bag. | 11 U.S.C. 522(d)(3) | 70.00 | 70.00 |
| Aluminum truck box. | 11 U.S.C. 522(d)(5) | 55.00 | 55.00 |
| Miscellaneous household tools. | 11 U.S.C. 522(d)(3) | 250.00 | 250.00 |
| Swingset | 11 U.S.C. 522(d)(3) | 20.00 | 20.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF

B6C (Official Form 6C) (04/13) --- Cont.

In re   **Kenneth Ray Barnhardt**
_____
                    **Debtor**

Case No. _____
                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 32" flat screen TV with DVD player, single bed with loft bed, painted plates. | 11 U.S.C. 522(d)(3) | 400.00 | 400.00 |
| Decorator plates. | 11 U.S.C. 522(d)(3) | 200.00 | 200.00 |
| Savings and checking account at Matanuska Valley FCU. | 11 U.S.C. 522(d)(3) | 75.00 | 75.00 |
| Wells Fargo bank account. | 11 U.S.C. 522(d)(5) | 5.00 | 5.00 |
| Trampoline | 11 U.S.C. 522(d)(5) | 100.00 | 100.00 |
| Estimated accrued tax refund. | 11 U.S.C. 522(d)(5) | 2,000.00 | 2,000.00 |
| | Total exemptions claimed: | 13,432.00 | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF

**B6D (Official Form 6D) (12/07)**

In re _____Kenneth Ray Barnhardt_____,                    Case No. _____
                                    **Debtor**                                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

 List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Citibank**<br>**Card Service Center**<br>**POB 6004**<br>**Sioux Falls, SD  57117** | | | Incurred: 2013<br>Lien: PMSI in vehicle < 910 days<br>Security: 2013 Yamaha Grizzly 300 4x4 ATV, SN:<br>Secured status questioned.  No UCC-1 recording noted.<br><br>VALUE $          2,895.00 | | | | 4,200.00 | 1,305.00 |
| ACCOUNT NO.<br><br>**Denali Alaskan FCU**<br>**440 E. 36th Avenue**<br>**Anchorage, Alaska 99503** | | | Incurred: 2013<br>Lien: PMSI in vehicle < 910 days<br>Security: 2010 Arctic Cat  700 TBX, ATV, VIN:<br>Verified:  Recorded UCC-1 lien.<br><br>VALUE $          4,340.00 | X | | | 6,843.00 | 2,503.00 |
| ACCOUNT NO.<br><br>**Wells Fargo Home Mortgage**<br>**POB 10335**<br>**Des Moines, IA  50306-0335** | | | Lien: First deed of trust.<br>Security: 2 BR, 1 BA, 912 sq. ft. home on .24 acres @ 1605 N. Lacy Loopm Wasilla, AK.  Tax ID:  2894B01L007.<br><br>VALUE $          119,000.00 | | | | 125,654.00 | 6,654.00 |

___**0**___ continuation sheets attached

Subtotal ➤ | $  136,697.00 | $  10,462.00
(Total of this page)

Total ➤ | $  136,697.00 | $  10,462.00
(Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7-4.800 - 30600-301X-***** - Adobe PDF

**B6E (Official Form 6E) (04/13)**

In re_____**Kenneth Ray Barnhardt**_____,    Case No._____
                                        Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of  priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF

**B6E (Official Form 6E) (04/13) - Cont.**

In re ___Kenneth Ray Barnhardt_____,          Case No._____
<div style="text-align:center">Debtor</div>                                                                                      (if known)

☐  **Certain farmers and fishermen**

　Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

　Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

　* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<div style="text-align:left; writing-mode: vertical">Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF</div>

<div style="text-align:center">__**0**__ continuation sheets attached</div>

B6F (Official Form 6F) (12/07)

In re __Kenneth Ray Barnhardt_____,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3403<br>**Bank of America<br>Attn:  Bankruptcy Department<br>POB 9000<br>Getzville, NY  14068-9000** | | | **Incurred: Opened July of 2013<br>Consideration: Credit card debt** | | | | 4,939.00 |
| ACCOUNT NO.  2598<br>**Capital One<br>POB 30253<br>Salt Lake City, UT  84130-0253** | | | **Incurred: Opened December of 2013.<br>Consideration: Credit card debt** | | | | 5,753.00 |
| ACCOUNT NO.<br>**Denali Alaskan FCU<br>440 E. 36th Avenue<br>Anchorage, Alaska 99503** | | | **Incurred: 2010<br>Consideration: Potential repossession deficiency.** | X | X | | 22,235.00 |
| ACCOUNT NO.<br>**Denali Alaskan FCU<br>440 E. 36th Avenue<br>Anchorage, Alaska 99503** | | | **Incurred: About 2011.<br>Consideration: Potential repossession deficiency.** | | | | 11,543.00 |

__1___continuation sheets attached

Subtotal ➤  $  44,470.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re    Kenneth Ray Barnhardt                              ,          Case No. _____
                        **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **9771** <br><br> **Denali Alaskan FCU** <br> **440 E. 36th Avenue** <br> **Anchorage, Alaska 99503** | | | **Incurred: Opened 8-20-2010** <br> **Consideration: Credit card.** | | | | **6,989.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | **6,989.00** |
| Total ➤ | $ | **51,459.00** |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF

In re    **Kenneth Ray Barnhardt**                                    Case No. _____
_____
                     **Debtor**                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In re    **Kenneth Ray Barnhardt**                                              Case No. _____
_____                                                                    **(if known)**
                    **Debtor**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF

**Fill in this information to identify your case:**

Debtor 1    Kenneth Ray Barnhardt
First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing)   First Name            Middle Name            Last Name

United States Bankruptcy Court for the: _____    District of    AK

Case number    _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form ■ 6I

# Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

**Employment status**

Debtor 1:
☒ Employed
☐ Not employed

Debtor 2 or non-filing spouse:
☐ Employed
☒ Not employed

**Occupation**    Retail clerk and produce manager.    _____

**Employer's name**    Carrs Safeway Stores    _____

**Employer's address**    Eagle River, AK    _____
Number   Street          Number   Street

_____

Eagle River, AK    _____
City      State   ZIP Code       City      State   ZIP Code

**How long employed there?**    12 years    _____

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 4,089.28 | $_____ N.A. |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $_____ N.A. |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 4,089.28 | $ 0.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF

Debtor 1    Kenneth Ray Barnhardt

First Name    Middle Name    Last Name

Case number *(if known)* _____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ....................................... 4. | $ 4,089.28 | $ 0.00 |

**5.** List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **5a.** Tax, Medicare, and Social Security deductions | 5a. | $ 1,030.16 | $ 0.00 |
| **5b.** Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| **5c.** Voluntary contributions for retirement plans | 5c. | $ 40.90 | $ 0.00 |
| **5d.** Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| **5e.** Insurance | 5e. | $ 108.33 | $ 0.00 |
| **5f.** Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| **5g.** Union dues | 5g. | $ 47.01 | $ 0.00 |
| **5h.** Other deductions. Specify: ; | 5h. | + $ 0.00 | + $ 0.00 |
| **6.** Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 1,226.40 | $ 0.00 |
| **7.** Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 2,862.88 | $ 0.00 |

**8.** List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **8a.** Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| **8b.** Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| **8d.** Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| **8e.** Social Security | 8e. | $ 0.00 | $ 0.00 |
| **8f.** Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: ; | 8f. | $ 0.00 | $ 0.00 |
| **8g.** Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| **8h.** Other monthly income. Specify: ; | 8h. | + $ 0.00 | + $ 0.00 |
| **9.** Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |
| **10.** Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,862.88 + | $ 0.00 = $ 2,862.88 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.

Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.

$ 2,862.88

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

[X] No.

[ ] Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    Kenneth Ray Barnhardt
           First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _____    District of AK

Case number
(If known)    _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form ■ 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| daughter | 9 | ☒ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form ■ 6I.)

|  | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 854.00 |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. | $ 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $ 0.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7-4.800 - 30600-301X-***** - Adobe PDF

Debtor 1    Kenneth Ray Barnhardt

First Name        Middle Name        Last Name

Case number *(if known)*_____

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans     5.    $_____0.00

6. **Utilities:**

   6a.  Electricity, heat, natural gas     6a.    $_____160.00

   6b.  Water, sewer, garbage collection     6b.    $_____114.00

   6c.  Telephone, cell phone, Internet, satellite, and cable services     6c.    $_____75.00

   6d.  Other. Specify: _____     6d.    $_____0.00

7. **Food and housekeeping supplies**     7.    $_____120.00

8. **Childcare and children's education costs**     8.    $_____0.00

9. **Clothing, laundry, and dry cleaning**     9.    $_____25.00

10. **Personal care products and services**     10.    $_____8.00

11. **Medical and dental expenses**     11.    $_____300.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.     12.    $_____260.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13.    $_____75.00

14. **Charitable contributions and religious donations**     14.    $_____0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance     15a.    $_____0.00

   15b.  Health insurance     15b.    $_____0.00

   15c.  Vehicle insurance     15c.    $_____95.00

   15d.  Other insurance. Specify:_____     15d.    $_____0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____  _____     16.    $_____0.00

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1     17a.    $_____375.00

   17b.  Car payments for Vehicle 2     17b.    $_____320.00

   17c.  Other. Specify:_____  _____     17c.    $_____147.00

   17d.  Other. Specify:_____  _____     17d.    $_____160.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted
from your pay on line 5, *Schedule I, Your Income* (Official Form ▮ 6I).**     18.    $_____0.00

19. **Other payments you make to support others who do not live with you.**
Specify:_____     19.    $_____0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.  Mortgages on other property     20a.    $_____0.00

   20b.  Real estate taxes     20b.    $_____0.00

   20c.  Property, homeowner's, or renter's insurance     20c.    $_____0.00

   20d.  Maintenance, repair, and upkeep expenses     20d.    $_____0.00

   20e.  Homeowner's association or condominium dues     20e.    $_____0.00

Debtor 1    <u>Kenneth Ray Barnhardt</u>    Case number (if known)_____
            First Name    Middle Name    Last Name

| | | |
|---|---|---|
| 21. **Other**. Specify: _____ _____ | 21. | **+$**_____ 0.00 |
| 22. **Your monthly expenses.** Add lines 4 through 21.<br>The result is your monthly expenses. | 22. | $_____ 3,088.00 |

23. **Calculate your monthly net income.**

|  | | |
|---|---|---|
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I*. | 23a. | $_____ 2,862.88 |
| 23b. Copy your monthly expenses from line 22 above. | 23b. | **−**$_____ 3,088.00 |
| 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income*. | 23c. | $_____ -225.12 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes.    Explain here:

Official Form ▪ 6J    **Schedule J: Your Expenses**    page **3**

**B6 Summary (Official Form 6 - Summary) (12/13)**

# United States Bankruptcy Court

## District of Alaska

In re     **Kenneth Ray Barnhardt**                            Case No. _____

                               Debtor                             Chapter    __**7**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $  119,000.00 | | |
| B – Personal Property | YES | 7 | $  20,667.00 | | |
| C –  Property Claimed as exempt | YES | 4 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $  136,697.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $  0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $  51,459.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $  2,862.88 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $  3,088.00 |
| TOTAL | | 24 | $  139,667.00 | $  188,156.00 | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-*****  - Adobe PDF

# United States Bankruptcy Court
## District of Alaska

| | | | |
|---|---|---|---|
| In re | **Kenneth Ray Barnhardt** | Case No. | _____ |
| | Debtor | | |
| | | Chapter | **7** |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 2,862.88 |
| Average Expenses (from Schedule J, Line 22) | $ 3,088.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 5,285.24 |

**State the Following:**

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | $ 10,462.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | $ 0.00 |
| 4. Total from Schedule F | $ 51,459.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | $ 61,921.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., - ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF

B6 (Official Form 6 - Declaration) (12/07)

Case 14-00203    Doc 1-2    Filed 06/10/14    Entered 06/10/14 06:00:35    Desc Summary
Kenneth Ray Barnhardt                and Schedules A - J    Page 28 of 28

In re _____          Case No. _____
                    **Debtor**                                                (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**26**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **6-3-2014**_____          Signature:  __**/s/ Kenneth Ray Barnhardt**_____
                                                                          Debtor

Date _____          Signature:  ____**Not Applicable**_____
                                                                    (Joint Debtor, if any)

                                            [If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                      Social Security No.
of Bankruptcy Petition Preparer                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____          _____
       Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                            _____
                                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
--------------------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF