# UNITED STATES BANKRUPTCY COURT
District of Alaska

In re **Kenneth Ray Barnhardt**, Debtor,    Case No. _____    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

**Creditor's Name:**
Wells Fargo Home Mortgage
POB 10335
Des Moines, IA  50306-0335

**Describe Property Securing Debt:**
2 BR, 1 BA, 912 sq. ft. home on .24 acres @ 1605 N. Lacy Loop Wasilla, AK.  Tax ID: 2894B01L007. (Includes a shed and a child's playhouse).

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other.  Explain **retain, keep current** _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt
- ☐ Not claimed as exempt

---

Property No. 2  *(if necessary)*

**Creditor's Name:**
Denali Alaskan FCU
440 E. 36th Avenue
Anchorage, Alaska 99503

**Describe Property Securing Debt:**
2010 Arctic Cat  700 TBX, ATV, VIN: 4UF10ATV3AT211090.

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other.  Explain **retain, keep current** _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt
- ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 **NO Leased Property** | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2):<br><br>☐ YES   ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2):<br><br>☐ YES   ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2):<br><br>☐ YES   ☐ NO |

___1___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date:__6-3-2014_____      _____/s/ Kenneth Ray Barnhardt_____
                                                                                          Signature of Debtor

                                                                                          _____
                                                                                          Signature of Joint Debtor

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

---

Property No: 3

**Creditor's Name:**
Citibank
Card Service Center
POB 6004
Sioux Falls, SD  57117

**Describe Property Securing Debt:**
2013 Yamaha Grizzly 300 4x4 ATV, SN: RK1AH33Y4DA005777

Property will be *(check one)*:

☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain  retain, keep current         (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one)*:
☑ Claimed as exempt        ☐ Not claimed as exempt

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-800 - 30600-301X-***** - Adobe PDF